UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
LEE ROBINSON

          -v-

STATE DEPARTMENT OF CORRECTIONS
NEW YORK
------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★   12/2006 ★

**ORDER**
CV02-6658 (JBW)

JACK B. WEINSTEIN, Senior District Judge:

Treating petitioner's counsel's letter of May 30, 2006, as a motion to withdraw the habeas corpus petition, the petition is dismissed.

So Ordered:

_____
Jack B. Weinstein
Sr. United States District Judge

Dated: 6/7/06
      Brooklyn, New York

